

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10   SOUTHERN DIVISION

11   UNITED STATES OF AMERICA,      )   Case No. SA CR 06-00257-DOC
                                    )
12              Plaintiff,          )   ORDER OF DETENTION AFTER
                                    )   HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13           v.                     )   U.S.C. . § 3143(a)]
                                    )
14                                  )
     ISAAC CARDENAS,                )
15                                  )
                                    )
16              Defendant.          )
                                    )
     _____)

17

18        The defendant having been arrested in this District pursuant to a warrant issued by

19   the United States District Court for the Central District of California, for alleged violations

20   of the terms and conditions of his supervised release; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A.    ( X )  The defendant has not met his burden of establishing by clear and convincing

25        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26        finding is based on:

27        *Instant allegations, no bail resources, prior deportation.*

28        and

B.     ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Instant allegations, criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings.

Dated: _____*April 1, 2019*_____

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge